November 17, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

FREEDMEN'S TOWN ASSOCIATION, INC., Appellant

NO. 14-16-00159-CV                                      V.

HARRIS COUNTY, ET AL, AS OF HARRIS COUNTY, CITY OF HOUSTON, HOUSTON ISD, AND HCCS, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 17, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Freedmen's Town Association, Inc.

We further order this decision certified below for observance.